# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Eric David Root,

    Plaintiff,

v.

Mr. Haynes,

    Defendant.

Case No. 2:23-cv-1245

Judge Michael H. Watson

Magistrate Judge Jolson

## OPINION AND ORDER

On April 14, 2023, Magistrate Judge Jolson issued a deficiency order ordering Eric David Root ("Plaintiff") to pay the filing fee and submit a certified copy of his prison trust fund account statement within thirty days. ECF No. 2. The Deficiency Order notified Plaintiff that his failure to comply would result in the Court dismissing his case for want of prosecution. *Id.* at 2. Plaintiff failed to comply, and on May 18, 2023, Magistrate Judge Jolson issued a Report and Recommendation ("R&R") recommending that the Court dismiss Plaintiff's complaint his failure to so comply. ECF No. 3. The R&R notified Plaintiff of his right to object to the recommendations therein and that failure to timely object would amount to a waiver of both the right to *de novo* review by the Undersigned as well as a right to appeal the Court's adoption of the R&R. *Id.* at 2.

The deadline for filing such objections has passed, and no objections were filed. Having received no objections, the R&R is **ADOPTED**. The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**